IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALLEN ROBERTS, JR.,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D23-771
LT Case No. 2009-CF-011820

Decision filed May 9, 2023

3.800 Appeal from the Circuit Court
for Duval County,
Kevin A. Blazs, Judge.

Allen Roberts, Jr., Madison, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EDWARDS and HARRIS, JJ., concur.